UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 10-6553 ODW (JEMx) | Date | March 4, 2011 |
|---|---|---|---|
| Title | *Nance Marie Epsteen v. New York Financial, Inc., et al.* | | |

| Present: | The Honorable Otis D. Wright II, United States District Judge | | |
|---|---|---|---|
| Raymond Neal | Not Present | n/a |
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):  Attorneys Present for Defendant(s):

Not Present                          Not Present

**Proceedings (In Chambers):** **Order to Show Cause Why this Case Should Not Be Dismissed for Lack of Subject Matter Jurisdiction**

On February 28, 2011, Plaintiff, Nance Marie Epsteen, filed a First Amended Complaint pursuant to the Court's dismissal of Plaintiff's original Complaint. (Dkt. No. 22.) The First Amended Complaint alleges that the Court has subject matter jurisdiction in this matter pursuant to 28 U.S.C. § 1332. Plaintiff, however, has named several Defendants in this case who are alleged to be California citizens and/or residents. *See* 28 U.S.C. § 1332 (requiring actions to be between "citizens of different States"). For example, Defendant, New York Financial, LLC is purported to be a California Corporation with a business address of 3600 Wilshire Blvd, #2200, Los Angeles, California 90010. (First Amended Compl. ("FAC") ¶ 3.) In addition, Defendant, Abraham Bartamian, is alleged a "citizen of the State of California . . . ." (FAC ¶ 30.) The same are alleged as to Defendants, Diane Bolton and Lemmanuel Bryant Jaquez (FAC ¶¶ 34, 38.)

Accordingly, the Court orders Plaintiff to show cause in writing by **March 14, 2011** as to why this case should not be dismissed for lack of subject matter jurisdiction.

|  | ---- | : | 00 |
|---|---|---|---|
| | Initials of Preparer | RGN | |